IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POWERVAR, INC. t/a AMETEK POWERVAR : : : v. : : POWER QUALITY SCIENCES, INC. : ET AL. : | CIVIL ACTION NO. 20-5908 |

## ORDER

**AND NOW**, this 16th day of March 2021, upon consideration of Defendant Power Quality Sciences, Inc.'s and Defendant Derek Sweat's joint Motion to Supplement their individual Motions to Dismiss Plaintiff Powervar, Inc. t/a AMETEK Powervar's Amended Complaint (ECF No. 15), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**