IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POWERVAR, INC. t/a AMETEK POWERVAR, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 20-5908 |
| POWER QUALITY SCIENCES, INC. & | : |
| DEREK SWEAT. | : |

# ORDER

**AND NOW**, this  15th  day of July 2021, upon consideration of Defendant Power Quality Sciences, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 10) and Defendant Derek Sweat's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 9), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**BY THE COURT:**

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**